# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3058
_____

TRAVIS MCCLAIN,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Gadsden County.
Ronald W. Flury, Judge.

March 14, 2024


PER CURIAM.

   AFFIRMED.

ROBERTS, ROWE, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Travis McClain, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.